IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT SVANCARA and STEVEN SVANCARA, | ) ) ) | Case No. 8:09CV144 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| RAIN AND HAIL, LLC, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by John Hahn and Cathy Trent-Vilim, counsel for the parties,

**IT IS ORDERED:**

1. On or before **April 21, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned Magistrate Judge F. A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 22nd day of March 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge